

THE CITY OF NEW YORK

# LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

**ZACHARY W. CARTER**
*Corporation Counsel*

**ANGHARAD K. WILSON**
*Assistant Corporation Counsel*
Phone: (212) 356-2572
Fax: (212) 356-3509
awilson@law.nyc.gov

August 1, 2017

**BY ECF**

Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:     Hatchett v. City of New York, et al., 17-cv-1324

Your Honor:

I am an Assistant Corporation Counsel assigned to the defense of this matter on behalf of the City of New York ("City").  I write to advise the Court that the Office of the Corporation Counsel is still in the process of determining whether they may represent former detective Richard Fergerson in this matter pursuant to N.Y. Gen. Mun. Law 50-k. Former Detective Fergerson's answer in this matter is due today, August 1, 2017. While the City is not requesting more time on behalf of Detective Fergerson, we write to advise the Court that we anticipate that we will likely represent Detective Fergerson and that an answer on behalf of Detective Fergerson will be filed within a week.

Thank you for your consideration of this matter.

Respectfully submitted,

/s/

Angharad Wilson
Assistant Corporation Counsel

cc:     Emma Freudenberger, Esq. (via ECF)
        Amelia Green, Esq. (via ECF)
        *Attorneys for Plaintiff*