United States District Court
For The
Eastern District of New York

Case 1:17-CV-01324-BMC
Document #13 Filed 05-15-2017
Page # ID #95

(Plaintiffs) Andre Hatchett
v.
The City of New York

In Relation To Above described Civil Action, I, Ricky Taylor, have No Knowledge of Any Matter In Reference To Summons Civil Action, Case #1:17-CV-01324 BMC, Docket #13, Filed 05-15-2017.

In Relation To Above described Civil Action, To My Knowledge All Allegations Contained in Summons in Civil Action, Case # 17-CV-01324 BMC, Document #13, Filed 05-15-2017 Page # ID 95 Are of A False Nature

Ricky Taylor   07-12-2017

RECEIVED
— 2 2017
1:00 PM · RV
PRO SE OFFICE

LIZ M RIVERA
NOTARY PUBLIC-OHIO
MY COMMISSION EXPIRES
NOVEMBER 25, 2021

United States District Court
for the
Eastern District of New York
225 Cadman Plaza
East Bklyn NY 11201

Notary: Luz M Rivera

LUZ M RIVERA
NOTARY PUBLIC - OHIO
MY COMMISSION EXPIRES
NOVEMBER 25, 2021

Ricky Tergerson                                07-12-2017

To whom It may concern,

I am writing this to inform you of my inability to travel do my disabilities.

I am a patient, and presently being treated for PTS by AD

[notary stamp: NOTARY PUBLIC · OHIO / MY COMMISSION EXPIRES / NOVEMBER 28, 2021 / STATE OF OHIO]

Nia ... Wiggins, Fu 30.

Also being treated Dr Irma J Lengu, PU wro.

I am in line for knee replacement, outpatient Physical therapy Recommended by Internal Medicine Doctors. Tel# 216-778-4428
   216-778-5129
Metro Health Medical Center
2500 Metro Health Drive
Cleveland Ohio 44109-1998

I am in the process of receiving a new walker, and cane in efforts to improve my mobility.

*[Signature]* 07-0-2017

Notary: Luz M Rivera
*[Signature and notary seal]*

LUZ M RIVERA
NOTARY PUBLIC - OHIO
MY COMMISSION EXPIRES
NOVEMBER 25, 2021