

October 3, 2017

**BY ECF**
Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  *Hatchett v. City of New York, et al.*, No. 17-cv-01324 (BMC)

Dear Judge Cogan:

      We write jointly on behalf of the parties to inform the Court that Plaintiff Andre Hatchett has reached an agreement with the City of New York to settle the above-referenced matter. The parties are currently in the process of negotiating the terms of the written settlement agreement. Although we plan to work diligently to finalize the settlement for the Court's approval, in order to best protect Plaintiff's ongoing needs, Plaintiff respectfully requests an extended deadline for the parties' submission of the Stipulation and Orders of Dismissal and Stipulation of Settlement. The City consents to this request.

      Respectfully,

      /s/  Emma Freudenberger
      Nick Brustin
      Emma Freudenberger
      Amelia Green
      Neufeld Scheck & Brustin, LLP
      99 Hudson Street, 8th Floor
      New York, NY 10013
      Tel: (212) 965-9081
      Fax: (212) 965-9084

      *Counsel for Plaintiff Andre Hatchett*

      /s/ Angharad Wilson
      Assistant Corporation Counsel
      Office of Zachary W. Carter,
      Corporation Counsel of the City of
      New York

                                                100 Church Street  
                                                New York, NY 10007

                                                ***Counsel for Defendants***

cc:

All counsel (via ECF)