UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ANDRE HATCHETT,

                Plaintiff,

-against-

THE CITY OF NEW YORK, a municipal entity; DETECTIVE RICHARD FERGERSON, in his individual capacity; DETECTIVE VICTOR RICE, in his individual capacity; DETECTIVE ROBERT DONAWA, in his individual capacity; DETECTIVE DERRICK J. PARKER, in his individual capacity; OFFICER MICHAEL ZANATTA, in his individual capacity; OFFICER ERIC HARSCH, in his individual capacity; and OTHER AS-YET-UNKNOWN JOHN AND JANE DOE OFFICERS & SUPERVISORS 1-10, in their individual capacities,

                Defendants.
------------------------------------------------------------------------ x

**STIPULATION AND ORDER OF DISMISSAL**

17-CV-1324 (BMC)

      **WHEREAS,** on October 26, 2017 the claims in plaintiff's complaint for future damages, including but not limited to future economic losses and future non-economic damages and injuries, against Defendants City of New York, Richard Fergerson, Victor Rice, Robert Donawa, Lloyd Henry, Michael Zanatta, Derrick Parker, and Eric Harsch were ordered dismissed; and

      **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

      1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       December 1Y, 2017

NEUFELD, SCHECK & BRUSTIN, LLP
*Attorneys for Plaintiff*
99 Hudson Street
New York, New York 10013

By: _____
Nick J. Brustin, Esq.
Emma K. Freudenberger, Esq.

ZACHARY W. CARTER
Corporation Counsel of the
   City of New York
*Attorney for Defendants*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Arthur G. Larkin, Esq.
*Senior Counsel*

SO ORDERED:

_____
HON. BRIAN M. COGAN
UNITED STATES DISTRICT JUDGE

Dated: _____, 2017

2